**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**MARY WATSON,**

Plaintiff,

v. **Case No.: 5:23-cv-202**

**BLUE MANAGEMENT SERVICES, LLC,**
**D/B/A ALLIANT MANAGEMENT SERVICES;**
**ENVISION PHYSICIAN SERVICES, LLC**
**F/K/A EMCARE PHYSICIAN SERVICES, INC.;**
**and CALHOUN-LIBERTY HOSPITAL**
**ASSOCIATION, INC.,**

Defendants.
_______________________________________/

**DEFENDANTS' JOINT NOTICE OF REMOVAL**

Defendants, BLUE MANAGEMENT SERVICES, LLC D/B/A ALLIANT MANAGEMENT SERVICES ("Alliant") and CALHOUN-LIBERTY HOSPITAL ASSOCIATION, INC. ("CLH"), by and through the undersigned counsel, pursuant to 28 U.S.C. §§ 1334(b), 1452(a), Fed. R. Bankr. P. 9027, and N.D. Fla. Loc. R. 7.2 file this Notice of Removal of an action pending in the Circuit Court of the Fourteenth Judicial Circuit (the "Fourteenth Circuit"), in and for Calhoun County, Florida, to the United States District Court, Panama City Division, and in support state as follows.

1. Alliant and CLH desire to exercise their right under 28 U.S.C. §1334(b), to remove this action from the Fourteenth Circuit where it is now pending under the name and style of: *Mary Watson v. Blue Management Services, LLC d/b/a Alliant Management Services; Envision Physician Services, LLC f/k/a Emcare Physician Services, Inc.; Calhoun-Liberty Hospital Association, Inc.*, Case No.: 2020-CA-64.

2. Plaintiff filed the Complaint in the Fourteenth Circuit on July 14, 2020.

3. On May 18, 2023, Envision, filed a Notice of Suggestion of Bankruptcy for Envision Healthcare Corporation and Certain of its Affiliates and Automatic Stay of Proceedings, indicating that on May 15, 2023, Envision Healthcare Corporation and its affiliate Defendant, Envision Physician Services, LLC, filed voluntary petitions under chapter 11 of title 11 of the U.S. Bankruptcy Code. Those cases remain pending in the United States Bankruptcy Court for the Southern District of Texas, under the lead case, styled as *In re Envision Healthcare Corporation., et al.*, Case No. 23-90342 (CML).

4. This Court has jurisdiction over this case pursuant to 28 U.S.C. § 1334(b), because it is a "civil proceeding . . . related to cases under title 11." Indemnity agreements between and amongst the three co-Defendants would render the Debtor, Envision Physician Services, LLC, wholly responsible for any judgment in favor of the Plaintiff resulting from the instant suit. Thus, the instant case,

including any resulting judgment, "could conceivably have an[] effect on the estate being administered in bankruptcy." *In re Fundamental Long Term Care, Inc.*, 873 F.3d 1325, 1336-37 (11th Cir. 2017) (emphasis omitted).

5. Venue in this District and Division is proper for the purposes of removal under 28 U.S.C. § 1452(a) and Fed. R. Bankr. P. 9027(a)(1), because it is the "district and division within which . . . the state . . . court where the civil action is pending," is located. Fed. R. Bankr. P. 9027(a)(1).

6. Pursuant to Fed. R. Bankr. P. 9027(a)(1) and N.D. Fla. Loc. R. 7.2, copies of all process, pleadings, and orders on file in the Fourteenth Circuit to date are attached to this Notice of Removal as **Exhibit 1**. To the undersigned's knowledge, no other pleadings have been filed in the Fourteenth Circuit.

7. The undersigned parties do not consent to entry of final orders or judgment by the bankruptcy court.

8. In accordance with the requirements of Fed. R. Bankr. P. 9027(a)(3), this Notice of Removal is timely filed.

9. Pursuant to Fed. R. Bankr. P. 9027(b), written and electronic notice of filing this Notice of Removal will be served upon Plaintiff's counsel. A true copy of this Notice of Removal will also be filed with the Clerk of the Circuit Court of the Fourteenth Judicial Circuit in and for Calhoun County Florida, as required by law.

**<u>Removal Based on "Related To" Jurisdiction</u>**

This Court has jurisdiction over this case because the case pursuant to 28 U.S.C. § 1334(b), because it is a "civil proceeding . . . related to cases under title 11." Indemnity agreements between and amongst the three co-Defendants would render the Debtor, Envision Physician Services, LLC, wholly responsible for any judgment in favor of the Plaintiff resulting from the instant suit. Thus, the instant case, including any resulting judgment, "could conceivably have an[] effect on the estate being administered in bankruptcy." *In re Fundamental Long Term Care, Inc.*, 873 F.3d 1325, 1336-37 (11th Cir. 2017) (emphasis omitted).

Specifically, Pursuant to the July 1, 2019 Services Agreement between Envision and CLH ("Services Agreement"), Envision:

> [S]hall indemnify and hold Hospital harmless from any and liability, loss (including attorneys' fees and costs) or damages suffered or incurred by Hospital as a result of [Envision's] failed to comply with its obligations . . . [to comply with all applicable provisions of federal, state and local statutes, rules and regulations]

Additionally, pursuant to the Management Services Agreement between Alliant and CLH ("Management Agreement"), CLH:

> [A]grees to indemnify and hold harmless [Alliant], it successors and assigns, to the fullest extent permitted by law, from any against all claims for damages, losses and expenses, including but not limited to attorneys' fees, for actions, causes of action, suits, debts, sums of money, complaints or demands of any kind or description, arising out of or resulting from the operation of the Facility, provided that such claims, damages, losses and expenses are not caused by willful or

> intention misconduct, willful or intention failure to act, bad faith, gross negligence, or a reckless disregard of [Alliant] in the fulfillment of its obligations and duties under this Agreement, unless such act or omission of BMS was done or was not done at the express request or direction of the Hospital, the Board of Directors or the Facility Administrator on behalf of the Board of Directors.

Exhibit 2, Management Agreement at 16-17 (Section 10).

Taken together, these agreements make clear that Envision, is required to indemnify both Alliant and CLH should a judgment be entered against either Defendant in this case. *See In re Fundamental Long Term Care, Inc.*, 873 F.3d at 1337 (concluding bankruptcy court had “related to” jurisdiction where judgment in case “could conceivably” alter size of bankruptcy estate).

Accordingly, the requirements to remove Plaintiff’s claims are satisfied.

WHEREFORE, Defendants respectfully request that this action be removed to this Court and that this Court accept jurisdiction of this action and place it on the docket of this Court for further proceedings, the same as though this action had been originally instituted in this Court.

Respectfully submitted this 27th day of July 2023.

s/ *Michael B. Kelly*
MICHAEL B. KELLY
Florida Bar No.: 115345

COLE, SCOTT & KISSANE, P.A.
890 South Palafox Street, Suite 200
Pensacola, Florida 32502
Telephone (850) 483-5909
Facsimile (850) 438-6969
E-mail: michael.kelly@csklegal.com
E-mail: zaray.avino@csklegal.com

*Counsel for Defendant Calhoun-Liberty Hospital Association, Inc.*

*/s/ Lisa B. Fountain*
**LISA B. FOUNTAIN**
Florida Bar Number: 948802
lfountain@sniffenlaw.com
**KRISTEN C. DIOT**
Florida Bar Number: 0118625
kdiot@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone: (850) 205-1996
Facsimile: (850) 205-3004

*Counsel for Defendant, Blue Management Services, LLC d/b/a Alliant Management Services*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of July, 2023, a true and correct copy of the foregoing document was electronically filed in the U.S. District Court, Northern District of Florida, using the CM/ECF system which will send a notice of electronic filing to all counsel of record and by E-mail to include **Marie A. Mattox**, (marie@mattoxlaw.com; michelle@mattoxlaw.com; marlene@mattoxlaw.com) and Thomas L. Dickens (Thomas.dickens@mattoxlaw.com), Attorneys for Plaintiff, at Marie A. Mattox, P.A., 203 N. Gadsden Street, Tallahassee, Florida 32301.

*/s/ Lisa B. Fountain*
**LISA B. FOUNTAIN**